# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIA CHALMERS,<br><br>　　　　　Defendants._____/ | CV F   02-6311 REC LJO P<br><br>ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT CHALMERS |

　　　Richard Martinez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　On October 20, 2004, this Court issued Findings and Recommendations that the action proceed on the Amended Complaint against Defendant Chalmers and Doe for violation Plaintiff's Due Process rights. The Court directed the United States Marshal to effect service of the summons and complaint on Defendant Chalmers on November 18, 2004. The Marshal mailed Defendant a Waiver of Service of Summons form on December 7, 2004. Defendant Chalmers signed the waiver and it was filed with the court on December 20, 2004. In signing and returning the form, Defendant Chalmers acknowledged that judgment might be entered

1  against her if she did not file an Answer or other appropriate Motion within sixty days after
2  December 7, 2004.  More than sixty days have passed, however, and Defendant has not filed an
3  Answer or other appropriate Motion.
4       Accordingly, the Court HEREBY ORDERS:
5       1.   Within thirty (30) days from the date of service of this Order, Defendant Chalmers
6            shall SHOW CAUSE, in writing, why default should not be entered against her;
7       2.   The Clerk of Court is DIRECTED to serve a COURTESY COPY on the Office of
8            the Attorney General.

10 IT IS SO ORDERED.
11 **Dated:   May 31, 2005**           /s/ Lawrence J. O'Neill
   b9ed48                             UNITED STATES MAGISTRATE JUDGE